UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

MICHAEL CHARLES EDWARDS           Case No. 08-35819-H4-7

                                                 Chapter 7

                                                 MOTION TO PAY FUNDS INTO
                                                 THE REGISTRY UNDER 11 U.S.C. §347(a)

                 Debtor(s).

---

         The undersigned trustee reports:

____    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

         Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: May 17, 2011                       /S/ _____
                                         Ben Floyd
                                         700 Louisiana Ste 4600
                                         Houston, TX 77002

## CERTIFICATE OF SERVICE

I, Ben Floyd, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been mailed to Judy Robbins, U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 by First Class U.S. Mail, postage pre-paid, on this 17th day of May 2011.

/S/_____
Ben Floyd

## EXHIBIT "A"

PLEASE CHECK ONE:

_____ Small Dividends

___X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| American Arbitration Association<br>1633 Broadway, 10th Floor*<br>New York, NY 10019 | 9 | $.85 |
| Mother Lode Answering Service<br>71 S. Sheperd Street<br>Sonora, CA 95370 | 12 | 1.08 |
| Chase Student Loan Servicing LLC<br>P O Box 522<br>Madison, MS 39130 | 17 | <u>192.93</u> |
| **TOTAL:** | | **$194.86*** |